**Order entered July 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00179-CV

**MEDINET INVESTMENTS, LLC, Appellant**

**V.**

**JAY ENGLISH, ENGLISH LAW GROUP, PLLC AND BOBBY WALKER, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07743**

## ORDER

Before the Court is appellees' July 18, 2017 second motion to extend time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed by **August 2, 2017**. We caution appellees that further requests for extension of time will be disfavored in this accelerated appeal.

/s/ CRAIG STODDART
JUSTICE